1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

| | |
|---|---|
| DOMINGO PINA,<br><br>       Petitioner,<br><br>     v.<br><br>WARDEN, F.C.I. MENDOTA,<br><br>       Respondent. | Case No. 1:23-cv-1646-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL SEALED DOCUMENT (ECF No. 17) TO PETITIONER<br><br>ORDER DENYING PETITIONER'S REQUEST FOR SANCTIONS (ECF No. 16) |

15        Petitioner Domingo Pina is a federal prisoner proceeding *pro se* with a petition for writ of

16 habeas corpus pursuant to 28 U.S.C. § 2241.

17        On July 10, 2024, the Court ordered Respondent to file a copy of Petitioner's purported

18 final order of removal. (ECF No. 12.) On July 24, 2024, Respondent filed a notice of filing

19 removal order and a notice of request to seal the documents. (ECF Nos. 13, 14.) The Court

20 granted the request to seal. (ECF No. 15.)

21        On August 2, 2024, Petitioner filed the instant motion to compel documents and violation

22 of local rules. (ECF No. 16.) Therein, Petitioner asserts that Respondent violated local rules by

23 not serving the sealed documents on Petitioner and moves for sanctions. (Id. at 2.) Local Rule

24 141 provides in pertinent part:

25

26

27

28

> Except in matters in which it is clearly appropriate not to serve the "Request to Seal Documents," proposed order, and/or documents upon the parties, which would include criminal pre-indictment matters, all Requests, proposed orders, and submitted documents shall be served on all parties on or before the day they are submitted to the Court. See L.R. 135.

1

1   The "Request to Seal Documents" shall set forth the statutory or
    other authority for sealing, the requested duration, the identity, by
2   name or category, of persons to be permitted access to the
    documents, and all other relevant information. *If the Request,*
3   *proposed order, and/or documents covered by the Request were*
    *submitted without service upon one or more other parties, the*
4   *Request also shall set forth the basis for excluding any party from*
    *service.* The documents for which sealing is requested shall be
5   paginated consecutively so that they may be identified without
    reference to their content, and the total number of submitted pages
6   shall be stated in the request.

7   L.R. 141(b) (emphasis added).

8        Here, the request stated that the sealed "document has been emailed to BOP to be placed

9   in Petitioner's central file where he will have access." (ECF No. 19 at 1 n.1.) Given this

10  explanation, the Court finds that Respondent has not violated the local rules and sanctions are not

11  warranted. The Court will mail a copy of the sealed document to Petitioner given that Petitioner

12  does not have electronic access.

13       Accordingly, IT IS HEREBY ORDERED that:

14  1.  The Clerk of Court is DIRECTED to mail a copy of the sealed document (ECF No. 17) to

15      Petitioner;

16  2.  Petitioner's request for sanctions (ECF No. 16) is DENIED; and

17  3.  Within fourteen (14) days of the date of service of this order, Petitioner may file a

18      response regarding the sealed document. See Habeas Rule 7(c) ("The judge must give the

19      party against whom the additional materials are offered an opportunity to admit or deny

20      their correctness.").

21
    IT IS SO ORDERED.
22

23  Dated:   **August 14, 2024**                    /s/ *Erica P. Grosjean*
24                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2